# Case No. 14,613.

## UNITED STATES v. BLOOMGART.

[8 Int. Rev. Rec. 3.]

District Court, D. Kentucky. June 24, 1868.

EMBEZZLEMENT—FINE AND IMPRISONMENT.

Joseph Bloomgart was indicted and convicted of embezzlement whilst engaged as a clerk in the United States depository in this city. The conviction was had under the decision of the supreme court in the case of U. S. v. Hartwell [6 Wall. (73 U. S.) 385]. [Case No. 14,612]. The court sentenced accused to confinement in the penitentiary at hard labor for the term of six years, and ordered him to pay a fine to the United States of $14,838.77. This sum was ascertained to be the amount embezzled by the accused, and that he be confined until the same is paid. ∘

THE COURT said this was the first time he was called on to pronounce judgment against an acquaintance, and that motives of friendship inclined him to leniency, but that he had a duty to perform which he could not overlook, and that the security of the government required that such an offense should be punished, as the only security the govern-

ment had was the integrity of its officers. In answer to the usual question, Bloomgart replied that he had no objections to the verdict of the jury—that he was guilty—but asked the court to save his family from disgrace attaching to them.

It is understood that Bloomgart's friends will ask the president to pardon him.